# United States District Court Violation Notice

| Violation Case | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AL5A | 9230817 | S. HURD | 7066 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/05/2025 1600 hrs | 16 USC 668dd / 50 CFR 27.84 |

Place of Offense: Mile 6.5 Woodcut Road KNWR

Charge Description: Disturbing, Molesting, or Interfering with any employee of the US, or with any private person engaged in the pursuit of an authorized activity

## DEFENDANT INFORMATION
Phone: (907) 223-2977

Last Name: EVANOFF
First Name: TRAFF[redacted]

Street Address: 392 [redacted]
City: Sou[redacted]

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$250 Forfeiture Amount
+ $30 Processing Fee
$280 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: US District Court, 222 West 7th Ave, Anchorage, AK 99513
Date: 1/13/2026
Time: 1400 hrs

X —Sent via US Mail—

*9230817*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 5, 2025 while exercising my duties as a law enforcement officer in the _____ District of Alaska

Please see attached Probable Cause Statement

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/25/25

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge




# United States Department of the Interior

U.S. FISH AND WILDLIFE SERVICE
Kenai National Wildlife Refuge
P.O. Box 2139
Soldotna, Alaska 99669

CITATION: 9230817
DATE: November 25, 2025
SUBJECT: **Trafford Evanoff**

**Violation: 16 USC 668 dd; 50 CFR 27.84 Interference with persons engaged in authorized activities. Disturbing, molesting, or interfering with any employee of the United States or of any local or State government engaged in official business, or with any private person engaged in the pursuit of an authorized activity on any national wildlife refuge is prohibited.**

On Wednesday, February 5, 2025, at approximately 1600 hours, I received a phone call telling me that a trapper was being threatened by a woman who was walking her dog. I responded to the area of mile 6.5 Funny River Road at the Kenai National Wildlife Refuge gate which restricts vehicle traffic to an old and overgrown road to an oil and gas exploration pad. I called the trapper, and he told me that a woman was walking her dog on his trapline, and the dog got caught in one of his foothold traps. He said he offered to help the woman get his trap off the dog, but she was very upset and cursed at him telling him to stay away. He said the woman told him that her sons were in their 30's and big men and if they see him, they will kill him. I walked up the trail and met a woman walking a black dog on a leash and two young men. I identified the woman and her sons. Trafford EVANOFF was carrying a large feather with metal foil wrapped at the base of the feather with a yellow string attached and a piece of paper in a gallon Ziploc clear plastic bag. The yellow string attached to the feather appeared to have been cut. The white piece of paper measuring 8.5 inches square had ACTIVE TRAPLINE AHEAD PLEASE KEEP DOGS ON A LEASH written on it in thick red lettering.

After the three people and the dog left down the trail, I spoke to the trapper on the trail. The trapper told me he has a trapping permit as authorized by the Kenai National Wildlife Refuge and a stipulation of the permit is that he cannot trap within one mile of the road. He told me his trapline starts at a distance beyond one mile off the road in compliance with the permitted trapping activity. The trapper told me that the feather was a "flag" that he had hung near a trap site to attract animals. He showed me his unique identification that was written on the foil at the base of the flag which permitted trappers use to identify their trap site locations. He said two of his trap sites besides the one the dog had got caught in were destroyed. He had just past these undisturbed trap sites before encountering the woman on the trail. He said he was unable to locate the trap that was attached to the dog after he released the trap from the anchor and the woman had threaten him with physical harm and cursed at him causing him to leave the immediate area.

On Wednesday, February 19, 2025, at approximately 1600 hours, I contacted Trafford EVANOFF at his residence (392 West Sunrise, Soldotna). EVANOFF said he did not see or disturb any traps other than the trap on the dog's leg. EVANOFF said he found the sign and signal feather on the ground.

I issued violation notice 920817 to EVANOFF for interfering with persons engaged in authorized activities.

I declare under penalty of perjury that the information set forth above, and on the face of the violation notice, is true and correct to the best of my knowledge.
Executed this 25th day of November 2025.

S. Hurd
Federal Wildlife Officer
USFWS

CVB SCAN 12/08/2025 14:48